No. 88–6535.   LEIBOWITZ *v.* MASSACHUSETTS ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 88–6536.   TEMPEL *v.* ALASKA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–6544.   ROBBINS *v.* COOK, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 88–6552.   CUNNINGHAM *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir.   Certiorari denied.

No. 88–6554.   ROBBINS ET UX. *v.* CITY OF AUBURN, MAINE. Sup. Jud. Ct. Me.   Certiorari denied.

No. 88–6555.   CHURCH *v.* WARREN, JUDGE, CIRCUIT COURT OF VIRGINIA, AMELIA COUNTY.   Sup. Ct. Va.   Certiorari denied.

No. 88–6646.   BECTON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 88–6647.   GROWNEY *v.* GROWNEY ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–6676.   BURNS *v.* NAGLE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–6694.   TOWNSEND *v.* PARKE, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 88–6699.   MARTINEZ-JIMENEZ *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–6704.   SIMMONS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–6709.   SMITH *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 88–6861.   KING *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 88–989.   FLORIDA *v.* CAPLAN.   Sup. Ct. Fla.   Certiorari denied.   JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.